HAWTHORNE, Justice.

For the reasons assigned in the case of Collector of Revenue v. Frost, 240 La. 1067, 127 So.2d 151, the judgment appealed from dismissing the Collector of Revenue's suit is annulled, reversed, and set aside, and the case is remanded to the district court for further proceedings according to law and consistent with the views there expressed. Costs of this appeal are to be borne by appellees.

127 So.2d 154

**COLLECTOR OF REVENUE, State of Louisiana**

v.

**Randle T. MOORE (Deceased), John M. Madison, Executor, and Susan F. Moore.**

**No. 45130.**

Feb. 15, 1961.

Chapman L. Sanford, Emmett E. Batson, Baton Rouge, for appellant.

Wilkinson, Lewis, Madison & Woods, Shreveport, for defendant-appellee.

HAWTHORNE, Justice.

For the reasons assigned in the case of Collector of Revenue v. Frost, 240 La. 1067, 127 So.2d 151, the judgment appealed from dismissing the Collector of Revenue's suit is annulled, reversed, and set aside, and the case is remanded to the district court for further proceedings according to law and consistent with the views there expressed. Costs of this appeal are to be borne by appellees.

127 So.2d 155

**COLLECTOR OF REVENUE, State of Louisiana**

v.

**F. T. WHITED.**

**No. 45131.**

Feb. 15, 1961.

Chapman L. Sanford, Emmett E. Batson, Baton Rouge, for appellant.

Wilkinson, Lewis, Madison & Woods, Shreveport, for defendant-appellee.

HAWTHORNE, Justice.

For the reasons assigned in the case of Collector of Revenue v. Frost, 240 La. 1067, 127 So.2d 151, the judgment appealed from dismissing the Collector of Revenue's suit is annulled, reversed, and set aside, and the case is remanded to the district court for further proceedings according to law and consistent with the views there expressed. Costs of this appeal are to be borne by appellee.

127 So.2d 155

Thomas JEFFERSON et al.

v.

Samuel J. TENNANT, Jr.

No. 44450.

Feb. 15, 1961.

Alwine L. Mulhearn, Tallulah, for plaintiffs-appellants.

Charles J. Rivet, New Orleans, for executrix of Samuel J. Tennant, Jr.